IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
******************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-23-00612 |
| JOHN PAUL HARRIS, JR. | : | |
| Debtors. | : | CHAPTER 13 |

******************************************************************

| | |
|---|---|
| JOHN PAUL HARRIS, JR. | : |
| Movant, | : |
| vs. | : |
| CITY OF SCRANTON c/o PORTNOFF | : |
| LAW ASSOCIATES, LTD , | : |
| PHH MORTGAGE CORP., and | : |
| JACK N. ZAHAROPOULOS | : |
| Respondents, | : |

******************************************************************

## CERTIFICATE OF SERVICE
******************************************************************

I, Tullio DeLuca, Esquire, hereby certify that I served a true and correct copy of Debtor's Amended Motion to Extend Automatic Stay, via First Class Mail, Postage Pre-paid in the above-referenced case, on the following:

| | | |
|---|---|---|
| Jack N. Zaharopoulos<br>Standing Chapter 13 Trustee<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Robert Conley, CEO<br>PHH Mortgage Corp.<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | City of Scranton<br>c/o Portnoff Law Associates, Ltd<br>Attn: James R. Wood, Esquire<br>2700 Horizon Drive, Suite100<br>King of Prussia, PA 19406 |

Date: 3/28/23

Respectfully submitted,
LAW OFFICE OF TULLIO DELUCA, ESQ.

Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtor/Movant
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764