United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                              Case No. 23-00612-MJC
John Paul Harris, Jr.                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                       User: AutoDocke                                          Page 1 of 2
Date Rcvd: Mar 27, 2023                             Form ID: asextnd                                         Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Paul Harris, Jr., 1806 W. Gibson St., Scranton, PA 18504-1162 |
| 5529419 | + | AAS Debt Recovery, Inc., P.O. Box 129, Monroeville, PA 15146-0129 |
| 5529420 | + | Brink's Home Security, 1990 Wittington Place, Dallas, TX 75234-1904 |
| 5529421 | + | Bureau of Account Management, 3607 Rosemont Ave., Ste. 502, Camp Hill, PA 17011-6943 |
| 5529423 | | City of Scranton, c/o Portnoff Law Associates, Ltd, 1000 Sandy Hill Road, Suite 150, Norristown, PA 19401 |
| 5529426 | + | Great Valley Cardiology, 746 Jefferson Ave.,, Suite 305, Scranton, PA 18510-1639 |
| 5529428 | + | Moses Taylor Hospital, 700 Quincy Ave, Attn: Justin Davis CEO, Scranton, PA 18510-1798 |
| 5529432 | | Pinnacle Health Partners, HC1 Box 2170, Tafton, PA 18464 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5529422 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2023 18:46:22 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5529424 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2023 18:46:24 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5529425 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Mar 27 2023 18:47:00 | First National Bank, 4140 E.State St., Hermitage, PA 16148-3401 |
| 5529427 | + | Email/Text: MDSBankruptcies@meddatsys.com | Mar 27 2023 18:47:00 | Medical Data Systems, 2001 9th Ave., Ste. 312, Vero Beach, FL 32960-6413 |
| 5529429 | + | Email/Text: Bankruptcies@nragroup.com | Mar 27 2023 18:47:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5529430 | + | Email/PDF: cbp@onemainfinancial.com | Mar 27 2023 18:46:35 | OneMain Financial Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 5529431 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 27 2023 18:47:00 | PHH Mortgage Corp., Customer Service, 3000 Leadenhall Rd., Mount Laurel, NJ 08054 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 5:23-bk-00612-MJC     Doc 17     Filed 03/29/23     Entered 03/30/23 00:22:33     Desc
Imaged Certificate of Notice     Page 1 of 3

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2023          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Tullio DeLuca | on behalf of Debtor 1 John Paul Harris Jr. tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| John Paul Harris Jr., <br> aka John Harris Jr., aka John P. Harris Jr., aka John Harris, aka John P. Harris, aka John Paul Harris, aka Jack Harris, | Chapter | 13 |
| | Case No. | 5:23−bk−00612−MJC |
| **Debtor 1** | | |

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on March 24, 2023.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 4/18/23** <br> **Time: 10:00 AM** |

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **April 16, 2023**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 27, 2023 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**