IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*********************************************************************

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 5-23-00612 |
| JOHN PAUL HARRIS, JR. | : | |
| Debtors. | : | CHAPTER 13 |

*********************************************************************

| | | |
|---|---|---|
| JOHN PAUL HARRIS, JR. | : | |
| Movant, | : | |
| vs. | : | |
| CITY OF SCRANTON c/o PORTNOFF | : | |
| LAW ASSOCIATES, LTD , | : | |
| PHH MORTGAGE CORP., and | : | |
| JACK N. ZAHAROPOULOS | : | |
| Respondents, | : | |

*********************************************************************

### AMENDED CERTIFICATE OF SERVICE

*********************************************************************

I, Tullio DeLuca, Esquire, hereby certify that I served a true and correct copy of Debtor's Amended Motion to Extend Automatic Stay, Proposed Order and the Notice, in the above-referenced case, on the following on the date and manner indicated:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
jzaharopoulos@pamd13trustee.com

Korinny Sanchez
LVNV Funding
askbk@resurgent.com

Deutsche Bank National Trust Co.
C/o Mario Hanyon, Esquire
Via Fax: 704-369-0760

Dr. Gerald P. Tracy, MD
Founder, Great Valley Cardiology
Via Fax: 570-963-0663

William E. Niles, CEO
Brinks Home Security
Correspondence@brinkshome.com

OneMain Financial
c/o Lisa A. Rynard, Esquire
Larynard@larynardlaw.com

James R. Wood, Esquire
City of Scranton
c/o Portnoff Law Associates, Ltd.
jwood@portnoffonline.com

D. Troy Sellars
Assistant United States Trustee
D.Troy.Sellars@usdoj.gov

Richard D. Fairbank, CEO
Capital One
Via Fax: 1-888-203-2114

Marteka William, Bankruptcy Clerk
Moses Taylor Hospital
pasi_bankruptcy@chs.net

PHH Mortgage Corp
C/o Mario Hanyon, Esquire
PABKR@brockandscott.com

Debbi LaCivita, Clerk
Medical Data Systems
Via Fax: 772-770-1404

| | |
|---|---|
| Vincent J. Delie, Jr., CEO<br>First National Bank<br>Via Fax: 724-983-3318 | Frank Gussey, CEO<br>AAS Debt Recovery, Inc<br>Via Fax: 412-829-8295 |
| Beth Noel, Account Rep.<br>Bureau of Account Management<br>Via Fax: 717-214-3019 | CreditOne<br>c/o LVNV Funding<br>Korinny Sanchez<br>askbk@resurgent.com |
| Steven Kusic, CEO<br>National Recovery Agency<br>Via Fax: 1-800-360-9954 | Dr. James A. Grant, CEO<br>Pinnacle Health Partners<br>Via Fax: 570-226-1861 |

Date: 4/6/2023

Respectfully submitted,
LAW OFFICE OF TULLIO DELUCA, ESQ.

*Tullio DeLuca*
Tullio DeLuca, Esquire
PA ID# 59887
Attorney for Debtor/Movant
381 N. 9th Avenue
Scranton, PA 18504
(570) 347-7764